APPEAL No. 1899. ISABEL SMITH *v.* WILLIAM H. SMITH. Matter came on to be heard on October 1, 1973 on a show cause order to dismiss for lack of prosecution, and no cause being shown at said hearing, appeal dismissed. *John H. Hines, Jr.,* for appellant. *Isidore Kirshenbaum,* for appellee.

C. A. No. 73-32. STATE *v.* ROBERT J. KEENAN. Matter came on to be heard on October 1, 1973 on a show cause order to dismiss for lack of prosecution, and no cause being shown at said hearing, appeal dismissed. *Richard J. Israel,* Attorney General, for plaintiff-appellee. *Joseph M. Berg,* for defendant-appellee.

October 9, 1973.

M. P. No. 73-176. FERNAND PLANTE *et al. v.* RUSSELL BERARD *et al.* Petition of New Bocce Club, Inc. for a writ of certiorari is denied for failure to comply with the provisions of Rule 13. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for plaintiffs-respondents. *Tobin, Decof, LeRoy & Silverstein, Michael A. Silverstein,* for New Bocce Club, Inc., defendant-petitioner.

M. P. No. 73-208. ANTHONY J. BOTTIGLIO *v.* STATE. Petition for writ of mandamus denied without prejudice to right of petitioner to renew same within 30 days from date of this order. *Anthony J. Bottiglio,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.